

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § | **CASE NO. 1:16cr88** |
| **ARNALDO CASTRO** | § § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge [Clerk's Doc. #21]. The magistrate judge recommended the Court finally adjudge the defendant as guilty on Count One of the Indictment filed against the defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea [Clerk's Doc. #21] of the United States Magistrate Judge are **ADOPTED**.

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the magistrate judge's findings and recommendation, the defendant, Arnaldo Castro, is hereby adjudged as guilty on Count One of the Indictment charging violations of 18 U.S.C. § 113(a)(6).

**SIGNED** this the **30** day of **October, 2017.**

_____
Thad Heartfield
United States District Judge